IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| U LOCK INC, | ) | |
| | ) | Case 23-cv-00691-CB |
| Debtor. | ) | |
| ——————————————— | ) | |
| GEORGE SNYDER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINE BIROS, | ) | |
| | ) | |
| Appellee. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

I, George Snyder, move this Court to extend the time to file the brief in this case until July 31, 2023, because I am having difficulty preparing the documents and because I was served with a subpoena to testify in the related bankruptcy case, which created a distraction since it involved activities over five years ago.

I think I can have it in by July 31, 2023, without a problem.

Thank you for your consideration.

Respectfully submitted,

*/s/ George Snyder*
George Snyder
PO Box 15
Irwin PA 15642

Appellant