IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
                                          )
    U LOCK INC,                           )
                                          )        Case 23-cv-00691-CB
        Debtor.                      )
———————————————————— )
GEORGE SNYDER,                            )
                                          )
        Appellant,                   )
                                          )
  v.                                      )
                                          )
CHRISTINE BIROS,                          )
                                          )
        Appellee.                    )

ORDER

AND NOW this ___ day of July, 2023, on the motion of George Snyder, it

is hereby ORDERED that the time for him to file his brief and stuff is extended

until July 31, 2023.

By the Court:

_____
U.S. District Judge