IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| U LOCK INC, ) | |
| ) | Case 23-cv-00691-CB |
| Debtor. ) | |
| ——————————————— ) | |
| GEORGE SNYDER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTINE BIROS, ) | |
| ) | |
| Appellee. ) | |

CERTIFICATE OF SERVICE

I, George Snyder, certify that all the parties appearing in this case are members of the Court's electronic system and will receive service. On July 13, 2023, I email appellees Robert Slone Trustee and Shanni Snyder.

<u>/s/ George Snyder</u>