IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE SNYDER, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 23-691 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| CHRISTINE BIROS, | ) | |
| | ) | |
| | ) | |
| Appellee. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


December 19, 2023                                     s/Cathy Bissoon
                                                                  Cathy Bissoon
                                                                  United States District Judge


cc (via First-Class U.S. Mail):

George Snyder
PO Box 15
Irwin, PA 15642