IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| U LOCK INC, | ) |
| | )   Case 23-cv-00691-CB |
| Debtor. | ) |
| ———————————————— | ) |
| GEORGE SNYDER, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTINE BIROS, | ) |
| | ) |
| Appellee. | ) |

## **NOTICE OF APPEAL**

I, George Snyder, appeal from the judgment entered December 19, 2023,

to the United States Third Circuit Court of Appeals.

Respectfully submitted,

*/s/ George Snyder*
George Snyder
PO Box 15
Irwin PA 15642


Appellant