IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE SNYDER,<br><br>        Appellant,<br><br>v.<br><br>CHRISTINE BIROS,<br><br>        Appellee. | Civil Action No. 23-cv-00691-CB |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF CHRISTINE BIROS

TO THE CLERK, DISTRICT COURT:

    Kindly enter my appearance on behalf of Christine Biros in the above-captioned matter and add my name to the service list to receive notices of all matters in this case.

                                          Respectfully submitted,

                                          BERNSTEIN-BURKLEY, P.C.

Dated: January 19, 2024                 By: */s/ Stuart C. Gaul, Jr*
                                                      Stuart C. Gaul, Jr., Esquire
                                                      PA ID #74529
                                                      601 Grant Street, 9th Floor
                                                      Pittsburgh, PA 15219
                                                      Telephone: 412-456-8139
                                                      Facsimile:  412-456-8135
                                                      sgaul@bernsteinlaw.com

                                                      *Counsel for Appellee Christine Biros*