# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1163

In Re: U Lock Inc

(U.S. District Court No.: 2-23-cv-00691)

# ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 28, 2024
tmk/cc:
Stuart C. Gaul Jr., Esq.
John A. Roth, Esq.
George Snyder

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate