UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1163**

In re: U Lock Inc.

To:     Clerk

1)      Motion by Appellant George Snyder to Reconsider Order dated February 28, 2024, dismissing case for failure to pay the filing fee for the notice of appeal

---

Action on the foregoing motion, which seeks to reinstate the appeal, is hereby deferred.  Appellant must first pay the $605 filing fee to the District Court before this Court can rule on the pending motion.  Once the fee has been paid to the District Court, Appellant should file a supplement to the above motion, advising this Court of the date payment was made.  Appellant's motion will then be sent to the Court for consideration. Filing a new notice of appeal is not required.  A copy of this order will be sent to the District Court Clerk's Office for their information.  Appellant should also provide a copy of this order to the District Court when he pays the $605 filing fee in that Court.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: March 14, 2024
Sb/cc:    All Counsel of Record