# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Mar 19, 2024 1:14PM

George Snyder

| Rcpt. No: 200008359 | Trans. Date: Mar 19, 2024 1:14PM | | | Cashier ID: #JN | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| MO | Money Order | #28995671070 | 03/19/2024 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 23-cv-691

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.